**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6684**

DEANDRE LASHUN FULLER,

       Petitioner - Appellant,

    v.

DIRECTOR AT THE SPARTANBURG COUNTY DETENTION CENTER,

       Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge.  (6:24-cv-03449-DCN)

Submitted:  January 22, 2026                     Decided:  January 29, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Deandre Lashun Fuller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deandre Lashun Fuller seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing Fuller's 28 U.S.C. § 2241 petition. We dismiss the appeal for lack of jurisdiction. Fuller filed his notice of appeal well beyond the 30-day appeal period, Fed. R. App. P. 4(a)(1)(A), and the appeal itself is duplicative of a prior appeal from the same order, *see Fuller v. Dir. Spartanburg Cnty. Det. Ctr.*, No. 24-6817, 2024 WL 4824562 (4th Cir. Nov. 19, 2024) (affirming district court's order based on Fuller's failure to object to the magistrate judge's report and recommendation). Therefore, we dismiss the appeal as untimely and duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2